749 A.2d 830

IN THE MATTER OF F. WILLIAM LA
VIGNE, AN ATTORNEY AT LAW.

May 2, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its recommendation that **F. WILLIAM LA VIGNE** of **ANDOVER,** who was admitted to the bar of this State in 1970, and who thereafter was suspended from the practice of law for a period of three years effective December 9, 1996, by Order of this Court dated November 15, 1996, be restored to the practice of law, and good cause appearing;

It is ORDERED that **F. WILLIAM LA VIGNE** be restored to the practice of law, effective immediately; and it is further

ORDERED that all checks drawn on respondent's attorney business and trust accounts be co-signed by a co-signatory approved by the Office of Attorney Ethics, for a period of two years, and until the further Order of the Court.